UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No.: 08-22401-CIV-COOKE/BANDSTRA

CARNIVAL CORPORATION,
a Panamanian corporation

    Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION ND,
a federally chartered banking association,

    Defendant.
_____/

## CARNIVAL'S REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(B), plaintiff Carnival Corporation ("Carnival") respectfully requests oral argument on its Motion for Summary Judgment. Oral argument may be helpful to the Court in understanding the agreements and the relationship between the parties, and the accounting of Carnival's damages. Carnival requests 20 minutes per side.

Dated: August 14, 2009

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Markenzy Lapointe
Stuart H. Singer
Florida Bar No.: 0377325
William T. Dzurilla
Florida Bar No.: 0757861
Markenzy Lapointe
Florida Bar No.: 0172601

401 E. Las Olas Boulevard, Suite 1200
Ft. Lauderdale, Florida 33301
(954) 356-0011 - Phone
(954) 356-0022 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record and pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized matter for those parties not authorized to receive electronically Notices of Electronic Filing.

/s/ Markenzy Lapointe

30487

2

## SERVICE LIST

**Carnival Corporation v. U.S. Bank National Association, ND**
**Case No.: 08-22401-CIV-COOKE/BANDSTRA**
**United States District Court, Southern District of Florida**

**Miami Division**

Alejandro Alvarez, Esq.
THE ALVAREZ LAW FIRM
355 Palermo Avenue
Coral Gables, Florida 33134
Telephone: 305-444-7675
Facsimile: 305-444-0075
alex@floridatrialteam.com

*Attorney for Defendant U.S. Bank National Association, ND*

Charles N. Nauen, Esq.
William A. Gengler, Esq.
David J. Zoll, Esq.
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
Email: cnnauen@locklaw.com
Email: wagengler@locklaw.com
Email: djzoll@locklaw.com

*Attorneys for Defendant U.S. Bank National Association, ND*

30487                                    3